**E-FILED**
Friday, 01 August, 2008  04:10:52 PM
Clerk, U.S. District Court, ILCD

# EXHIBIT B

# PARTIAL RELEASE AGREEMENT

For the Sole Consideration of **Nine Hundred, Three Thousand, Four Hundred and Forty-Nine Dollars and Forty-Eight Cents ($903,449.48)** paid by **Auto-Owners Insurance Company** (hereinafter "**Insurer**") at the time of execution of this Partial Release Agreement, the receipt and sufficiency whereof is hereby acknowledged, **Joshua Michael Munroe** and **Tiffany Michelle Munroe** (hereinafter jointly referred to as the "**Munroes**") do hereby release and forever discharge **Wayne Wilkens d/b/a Wayne Wilkens Trucking, Monty G. Murphy, Gerald I. Sturgeon and Roger Snyder** (hereinafter jointly referred to as "**Wiikens**") and their past, present and future officers, directors, stockholders, attorneys, agents, servants, representatives, employees, subsidiaries, affiliates, insurers, partners, predecessors and successors in interest, heirs and assigns, and all other persons, firms or corporations with whom any of the former have been, are now, or may hereafter be affiliated, none of whom admit any liability to the undersigns but all expressly deny any liability, *from any personal or individual liability above and beyond their liability insurance coverage* issued by **Insurer** for all claims, demands, damages, actions, causes of action or suits of any kind or nature whatsoever, and particularly on account of all injuries, known and unknown, both to person and property, which have resulted or may in the future develop from an accident which occurred on or about the **6th** day of November, **2006** at or near Illinois Route 1 (north of Marshall) in Edgar County, Illinois.

This Partial Release Agreement expressly reserves all rights of the **Munroes** to pursue their legal remedies, if any, against all other persons, firms or corporations who may be liable to the undersigns arising out the accident referenced above, including but not limited to any uninsured and/or under insured motorist claim.

It is expressly understood and agreed that the **Munroes** assume full responsibility for all

(Auto-Owners Partial Release-revised)

outstanding liens, if any, including attorney's, medical or workers compensation liens, from the consideration stated herein. In the event that any liens are in force, the undersigns agree to hold harmless and forever discharge **Wilkens** and **Insurer** and their past, present and future officers, directors, stockholders, attorneys, agents, servants, representatives, employees, subsidiaries, affiliates, insurers, partners, predecessors and successors in interest, heirs and assigns, and all other persons, firms or corporations with whom any of the former have been, are now, or may hereafter be affiliated, for all said liens.

It is further expressly understood and agreed that **Insurer** will proceed with a declaratory judgment or other equitable action to determine the extent of any additional liability insurance coverage available under its liability policy, and nothing herein shall affect the determination of that coverage. In the event that no additional coverage is found, then the **Munroes** will recover nothing further from **Wilkens** and **Insurer** herein other than the amount reflected above. If additional coverage is determined, then the parties reserve the right to proceed with the prosecution of the underlying case, however the **Munroes** agree to limit their recovery to the additional liability coverage and is such additional coverage is paid to the **Munroes** they agree to assume full responsibility, if any, for any additional amounts due the workers compensation line holder under *Ruediger*.

The undersigns hereby accepts draft or drafts as final payment of the consideration set forth above AND HAVE READ THIS PARTIAL RELEASE AGREEMENT, FULLY UNDERSTAND IT, AND SIGN IT AS THEIR OWN FREE AND VOLUNTARY ACT.

**In Witness Whereof:**

We have hereunto set our hands and seals this 19 day of July, (year) 2008.

In presence of:

(Auto-Owners Partial Release-revised)         - 2 -

_____  Signed X _____
       Witness                          JOSHUA MICHAEL MUNROE

_____  Signed X _____
       Witness                          TIFFANY MICHELLE MUNROE